B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Missouri

In re  Thomas F. Barr , Case No. 15-49393
Terri M. Barr

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust
Name of Transferee

FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC
Name of Transferor

Name and Address where notices to transferee should be sent:
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

Court Claim # (if known): 6
Amount of Claim: $174,007.77
Date Claim Filed: 02/08/2016

Phone: 800-603-0836
Last Four Digits of Acct #: 8077

Phone: 
Last Four Digits of Acct. #: 5884

Name and Address where transferee payments should be sent (if different from above):

Phone: 
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/                                        Date: 09/12/2016
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Eastern  **District Of** Missouri

In re Thomas F. Barr                              Case No. 15-49393
      Terri M. Barr

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 6 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor
FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC

Address of Alleged Transferor:
c/o SPECIALIZED LOAN SERVICING LLC
8742 LUCENT BLVD, SUITE 300
HIGHLANDS RANCH, COLORADO 80129

Name of Transferee
U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust

Address of Transferee:
C/O SN Servicing Corporation
323 5th Street
Eureka, CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                   _____
                                                 **CLERK OF THE COURT**

**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

August 30, 2016

TERRI M BARR
2401 CRESTLINE DR
SAINT LOUIS MO  63129

Collateral: 2401 CRESTLINE DRIVE; SAINT LOUIS MO

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

Dear Customer:

The notice, which follows, is intended to inform you that the servicing of your mortgage loan has been assigned, sold or transferred.  If the above-referenced loan is a closed-end, first lien, 1-4 unit residential (e.g., homes, condominiums, cooperative units and mobile homes) mortgage loan, this notice is being provided to you under Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. §2605).  When a state law requires this notice, this notice is being provided to you under state law.  When neither Section 6 of RESPA nor state law requires this notice, this notice is being provided to you for your information.

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, has been assigned, sold or transferred from Specialized Loan Servicing, LLC to SN Servicing Corporation for Igloo Series II Trust, effective August 25, 2016.

The assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing.  Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present servicer is Specialized Loan Servicing, LLC. If you have any questions relating to the transfer of servicing from your present servicer call Customer Service at (800) 315-4SLS Monday through Friday, between 6:00 a.m. and 6:00 p.m. Mountain Time.  This is a toll-free number.

Your new servicer will be **SN Servicing Corporation**.

The correspondence address for your new servicer is SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501.

The toll-free telephone number of your new servicer is (800) 603-0836. If you have any questions relating to the transfer of servicing to your new servicer call Megan Lynch at (800) 603-0836 Monday through Friday between 8:00 a.m. and 5:00 p.m. Pacific Time. You may access your account and make payments via our secure website at https://borrower.snsc.com.

The date that your present servicer will stop accepting payments from you is August 24, 2016.  The date that your new servicer will start accepting payments from you is  August 25, 2016.  Send all payments on or after August 25, 2016 to your new servicer.

**Make your payments payable to:**     SN Servicing Corporation

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner: SN Servicing Corporation will **not** continue to accept your insurance payments as a part of your monthly loan payment nor will it be responsible for the continuation of any such optional insurance coverage.  You should take the following action to maintain coverage: contact your optional insurance carrier immediately for instructions on how to continue such optional insurance coverage.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. §2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. §2605) gives you certain consumer rights.  If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 5 Business Days of receipt of your request.  A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request.  If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address: SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501.

Not later than 30 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute.  During this 30-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request.  However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

You are hereby notified that this letter is being sent to you by SN Servicing Corporation, which is a debt collector. SN Servicing Corporation is attempting to collect a debt.  Any information obtained by us will be used for that purpose.  However, if you are in a bankruptcy proceeding or your debt has been discharged in bankruptcy, please read the next paragraph carefully for some important information.

*NOTICE TO ANY CUSTOMER IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY:*  Notwithstanding anything in this notice to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally.  If these circumstances apply, this notice is not intended as a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, we do continue to retain whatever rights we hold in the property that secures the obligation.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**SN Servicing Corporation for Igloo Series II Trust**
Customer Service Department

**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

August 30, 2016

TERRI M BARR
2401 CRESTLINE DR
SAINT LOUIS MO  63129

Collateral: 2401 CRESTLINE DRIVE; SAINT LOUIS MO

As stated in previous correspondence, the servicing of your mortgage loan has been transferred from Specialized Loan Servicing, LLC to SN Servicing Corporation for Igloo Series II Trust effective August 25, 2016

If your loan is secured by real estate, please contact your insurance carrier to have the mortgagee clause changed to the following:

   SN Servicing Corp
   ISAOA ATIMA
   P.O. Box 35
   Eureka, CA 95502

Please have your insurance carrier forward a copy of your insurance policy with the mortgagee clause change to our Escrow Department at the address shown above.  If your property is located in a flood hazard zone, which starts with an "A" or "V", we will also require a copy of your flood insurance policy.

If you or your insurance carriers have any questions, please contact Megan Lynch at (800) 603-0836 Monday through Friday between 8:00 a.m. and 5:00 p.m., Pacific Time.

You are hereby notified that this letter is being sent to you by SN Servicing Corporation, which is a debt collector. SN Servicing Corporation is attempting to collect a debt.  Any information obtained by us will be used for that purpose.  However, if you are in a bankruptcy proceeding or your debt has been discharged in bankruptcy, please read the next paragraph carefully for some important information.

*NOTICE TO ANY CUSTOMER IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY:*  Notwithstanding anything in this notice to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally.  If these circumstances apply, this notice is not intended as a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, we do continue to retain whatever rights we hold in the property that secures the obligation.

*SN Servicing Corporation for Igloo Series II Trust*
Escrow Department

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF HUMBOLDT

I, Megan M. Lynch, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 323 Fifth Street, Eureka, California 95501.

On September 12th 2016, I served the within a TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States mail at Eureka, California, addressed as follows:

**Thomas F Barr**
**Terri M Barr**
2401 Crestline Dr.
St Louis, MO 63129

**John V. LaBarge, Jr**
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

**Andrew M Stilinovic**
The Kline Law Firm
125 North Main Street, Suite 100
St. Charles, MO 63301

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 12th 2016, at Eureka, California.

/s/ Megan M. Lynch
Megan M. Lynch