**Fill in this information to identify the case:**

Debtor 1: Terri M Barr

Debtor 2 (Spouse, if filing): Thomas F Barr

United States Bankruptcy Court for the: Eastern District of Missouri

Case number: 15-49393

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: US Bank Trust National Association, ET AL

Court claim no. (if known): 6-1

Last 4 digits of any number you use to identify the debtor's account: 8 0 7 7

Date of payment change: Must be at least 21 days after date of this notice: 01/01/2019

New total payment: Principal, interest, and escrow, if any: $ 1,652.57

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 9.625 %    New interest rate: 9.875 %

   Current principal and interest payment: $ 1,186.97    New principal and interest payment: $ 1,205.30

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1  **Terri M Barr**
         First Name   Middle Name   Last Name

Case number (if known) 15-49393

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /S/ Adam J. Garcia
Signature

Date 11/09/2018

Print: Adam          J.          Garcia
       First Name    Middle Name  Last Name

Title Bankruptcy Asset Manager

Company  SN Servicing Corporation

Address  323          5th Street
         Number       Street

         Eureka                    CA    95501
         City                      State ZIP Code

Contact phone (800) 603 0836

Email bknotices@snsc.com

Official Form 410S1 | Notice of Mortgage Payment Change | page 2

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

TERRI M BARR
2401 CRESTLINE DR
SAINT LOUIS MO 63129

November 7, 2018

**RE: Loan Number:** ▮

## Subsequent Interest Rate Adjustment Notice

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE. TO THE EXTENT THAT YOU MAY HAVE RECEIVED A DISCHARGE IN BANKRUPTCY THIS COMMUNICATION SHOULD NOT BE CONSTRUED AS INTENT TO SUBJECT YOU TO PERSONAL LIABILITY FOR THE DISCHARGED DEBT.

### Changes to Your Mortgage Interest Rate and Payments on December 1, 2018

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6 month period during which your interest rate stayed the same. That period ends on December 1, 2018, so on that date your interest rate and mortgage payment change. After that, your interest rate may change every 6 months for the rest of your loan term.

|  | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 9.625% | 9.875% |
| Total Monthly Payment | $1,634.24 | $1,652.57 (due January 1, 2019) |

**IMPORTANT:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien.

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the 1st B.Day-6 Mo WSJ LIBOR and your margin is 7.09%. The 1st B.Day-6 Mo WSJ LIBOR index is published Monthly in The Wall Street Journal. The index rate plus margin will be rounded to the nearest 0.125%.

**Rate Limits:** Your rate cannot go higher than 15.59%, or lower than 8.59% over the life of the loan. Your rate can increase every months by no more than 1.50%. Your rate can decrease every 6 months by no more than 1.50%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the 1st B.Day-6 Mo WSJ LIBOR index, your margin, your loan balance of $117,559.45, and your remaining loan term of 198 months.

**Prepayment Penalty:** None

Please continue to mail your payments as previously directed. The title and telephone number of a person who will answer any question you may have regarding this notice is:

Name: Adam Garcia
Title: Asset Manager
Toll Free Number: (800) 603-0836, ext: 2628

*If your account is not contractually current, the new payment amount will not go into effect until your loan is due for 01/01/2019.

**The index value used is the published value, as of the effective date stated on your Note, in the printed edition of the Wall Street Journal.

Case 15-49393    Doc 87    Filed 11/15/18    Entered 11/15/18 17:06:12    Main Document
Pg 4 of 5

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the Notice of Payment Change was sent via U.S. first class mail on this 15th day of November, 2018 to the following non-ECF parties:

Thomas F. Barr
2401 Crestline Drive
St. Louis, MO 63129

Terri M. Barr
2401 Crestline Drive
St. Louis, MO 63129

The undersigned certifies that a true and correct copy of the Notice of Payment Change was electronically filed via ECF and on this 15th day of November, 2018 to the following parties were given electronic notice:

Andrew M. Stilinovic
125 North Main Street, Suite 100
St. Charles, MO 63301

Diana S. Daugherty
P.O. Box 430908
St. Louis, MO 63143

/s/ David Noyce
David Noyce 56116MO