**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

In re:  
Thomas F Barr  
Terri M Barr  
**Debtor(s):**

Case No.: 15–49393 – A399  
Chapter: 13

## NOTICE TO FILER OF ERRORS IN ELECTRONICALLY FILED DOCUMENTS

*Notice of Mortgage Payment Change filed on 12/7/2019 was filed inaccurately.*

- ☑ PDF is: ☐ illegible ☑ incomplete ☐ missing
- ☐ Signature of Debtor.
- ☐ Attorney Signature block is not in compliance with L.R. 9011.
- ☐ Chapter 13 Plan filed without Debtor(s)' Attorney Signature block as required by Bankruptcy Rule 3015.1 and L.R. 9011.
- ☐ Debtor(s) signature missing (name of debtor required).
- ☐ Transfer of Claims: transferor name does not match claimant name.
- ☐ Memorandum explaining changes to the Amended Schedules and/or Matrix was not filed in compliance with L.R. 1009(A).
- ☐ Conversion to Chapter 7 – Means Test/Statement of Current Monthly Income (L.R. 1019(B)).
- ☐ Conversion to Chapter 11 – Means Test/Statement of Current Monthly Income (L.R. 1019(B)).
- ☐ Conversion to Chapter 13 – Means Test/Statement of Current Monthly Income (L.R. 1019(B)).
- ☐ Notice of Death of Debtor is not in complaince with L.R. 1016.
- ☑ Other:

THE FILER DID NOT STATE THE SERVICE DATE ON THE CERTIFICATE OF SERVICE.

### *Action Required By the Filer 12/16/19*

- ☑ A corrected PDF must be filed **ONLY** by using the following pathway  
  *Go to Bankruptcy>Other Misc Events>Corrected PDF*
- ☐ Document must be re−filed using the appropriate event or in the correct case.

FAILURE TO TAKE NECESSARY ACTION WITHIN THE SPECIFIED TIME MAY RESULT IN THE STRIKING OR DENIAL OF THE ORIGINAL PLEADING/DOCUMENT.

*Go to www.moeb.uscourts.gov for ECF Procedures or call the Help Desk at (866) 803−9517*

/S/ Dana C. McWay  
_____  
Clerk of Court

Dated: 12/9/19

Copy to:

errfilob Rev. 12/17