**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

In re:
Thomas F Barr
Terri M Barr
**Debtor(s):**

Case No.: 15–49393 – A399
**Chapter: 13**

### NOTICE TO FILER OF ERRORS IN ELECTRONICALLY FILED DOCUMENTS

*Domestic Support Obligation filed on 1/21/2021 was filed inaccurately.*

- ☑ PDF is:  ☐ illegible   ☑ incomplete   ☐ missing
- ☐ Signature of Debtor.
- ☐ Attorney Signature block is not in compliance with L.R. 9011.
- ☐ Chapter 13 Plan filed without Debtor(s)' Attorney Signature block as required by Bankruptcy Rule 3015.1 and L.R. 9011.
- ☐ Debtor(s) signature missing (name of debtor required).
- ☐ Transfer of Claims: transferor name does not match claimant name.
- ☐ Memorandum explaining changes to the Amended Schedules and/or Matrix was not filed in compliance with L.R. 1009(A).
- ☐ Conversion to Chapter 7 – Means Test/Statement of Current Monthly Income (L.R. 1019(B)).
- ☐ Conversion to Chapter 11 – Means Test/Statement of Current Monthly Income (L.R. 1019(B)).
- ☐ Conversion to Chapter 13 – Means Test/Statement of Current Monthly Income (L.R. 1019(B)).
- ☐ Notice of Death of Debtor is not in compliance with L.R. 1016.
- ☑ Other:

A separate form must be filed for each individual debtor.

### *Action Required By the Filer 1/28/21*

- ☐ A corrected PDF must be filed **ONLY** by using the following pathway
  *Go to Bankruptcy>Other Misc Events>Corrected PDF*
- ☑ Document must be re–filed using the appropriate event or in the correct case.

FAILURE TO TAKE NECESSARY ACTION WITHIN THE SPECIFIED TIME MAY RESULT IN THE STRIKING OR DENIAL OF THE ORIGINAL PLEADING/DOCUMENT.

*Go to www.moeb.uscourts.gov for ECF Procedures or call the Help Desk at (866) 803–9517*

Dated: 1/21/21

/S/ Dana C. McWay
_____
Clerk of Court

Copy to:

errfilob Rev. 03/20